IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:25-CR-111 |
| IVAN JOSE ANGULO FLORES and JOSE ANTONIO ALIENDRES GARCIA, | ORDER FOR DISMISSAL |
| Defendants. | |

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 76. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 45, against defendants Ivan Jose Angulo Flores and Jose Antonio Aliendres Garcia. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to dismiss, Filing 76, is granted, and the Indictment, Filing 45, against defendants Ivan Jose Angulo Flores and Jose Antonio Aliendres Garcia is dismissed without prejudice.

Dated this 8th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge